AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ERNESTO ALONSO HERNANDEZ-TOLOSA | CASE NUMBER: 08mJ8428 <br> 08CR1959-W |

I, __ERNESTO ALONSO HERNANDEZ-TOLOSA__, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/12/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Ernesto Alonso Hdz T.
Defendant

_____
Counsel for Defendant
Gerardo Gonzalez

Before _____
Judicial Officer